IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

    Plaintiff,                    No. 2:11-cv-2891 AC P

    vs.

MATTHEW CATE, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, filed an action pursuant to 42 U.S.C. § 1983 and consented to the jurisdiction of the magistrate judge. See Doc. Nos. 4 and 14. By order filed on August 15, 2012, plaintiff's in forma pauperis status was revoked as improvidently granted and plaintiff was directed to pay the $350.00 filing fee in full within thirty days. Plaintiff sought reconsideration. By order filed on November 2, 2012, the August 15th order was affirmed. Plaintiff was granted an additional fourteen days to pay the filing fee in full, and was cautioned that should he fail to do so, the instant action would be dismissed.

        Plaintiff has failed to pay the filing fee in full, or otherwise respond to the court's order, and the time for doing so has expired.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

1  prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

2  DATED: November 27, 2012.

```
                          /s/
                   ALLISON CLAIRE
                   UNITED STATES MAGISTRATE JUDGE
```

AC:009
mana2891.ord5